New York Central and Hudson River Railroad Company, Respondent, *v.* Patrick W. Mulderry et al., Doing Business under the Firm Name of Mulderry Brothers, Appellants.

*N. Y. C. & H. R. R. R. Co.* v. *Mulderry*, 160 App. Div. 912, affirmed. (Argued December 9, 1915; decided January 4, 1916.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 5, 1913, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover damages for breach of the provisions of a written contract of indemnity entered into between the plaintiff and defendants in relation to the performing of certain paving work for the plaintiff in and about the

passenger station at Geneva, N. Y. The defendants left their steam roller opposite a pile of stones placed by them in the driveway on the approach to the station, and a horse was frightened by the roller and shied, upsetting the wagon on the pile of stones, and as a consequence of said accident two judgments were recovered against plaintiff, and paid by plaintiff, who in turn sued the defendants under the agreement of indemnity between the parties.

*Andrew J. Nellis* for appellants.

*W. A.. Matson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, SEABURY and POUND, JJ.